WALTER E. HARRIS, Appellant, v. " HENRY " G. COWEN, First Name " Henry " Being Fictitious, etc., and Others, Respondents.— Judgment affirmed, without costs, upon condition stated in order; otherwise, reversed and a new trial ordered, with costs to the appellant to abide the event. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ALBERT A. VOLK Co., INC., Respondent, v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

HINKLEY MOTORS AND PARTS CORPORATION, Respondent, v. THE GLOBE AND RUTGERS FIRE INSURANCE COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

JOHN MURPHY, Appellant, v. T. HOGAN & SONS, INC., and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

GEORGE LEARY, Appellant, v. JAMES McGUIRE and JAMES McGUIRE, INC., Defendants, Impleaded with JULIA M. LEARY, Respondent.— Judgment modified by awarding to the plaintiff, chattels described in the complaint as " No. 7, 3 Serebend Rugs " valued at $1,500 and " No. 22, 1 Serebend Runner " valued at $75, and by reducing the amount of the judgment in favor of defendant Julia M. Leary from the sum of $3,200 to $1,625, and as so modified affirmed, without costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

DOROTHY M. WRIGHT, Respondent, v. HANLEY RIED & Co., Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

NETTIE HAUSER and Others, Respondents, v. GABRIEL FELDMAN and Others, Appellants, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants, appellants, to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

RATHBONE REALTY CORPORATION, Respondent, v. JENNIE ROBERTS (Formerly JENNIE GARCEWICH), Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ISIDOR RUBENSTEIN, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

GRUTLUN BUILDING CORPORATION, Respondent, v. LADPOR REALTY CORPORATION, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.